NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE TD AMERITRADE, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 107

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David Folsom.

---

ON PETITION

---

## ORDER

Upon consideration of TD Ameritrade, Inc.'s withdrawal of its petition for writ of mandamus,

IT IS ORDERED THAT:

(1) The motion to withdraw the petition for a writ of mandamus is granted. The petition is dismissed.

(2) Each party shall bear its own costs.

FOR THE COURT

JUN 2 1 2012

_Date_

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Michael Hawes, Esq.
    Zachariah Spear Harrington, Esq.
    Clerk, United States District Court for the Eastern
District of Texas

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 1 2012

JAN HORBALY
CLERK